JOHN M. YOUNG, Respondent, *v.* THE METROPOLITAN ELE-
VATED RAILWAY COMPANY et al., Appellants.

(Argued October 9, 1891; decided October 27, 1891.)

APPEAL from judgment of the General Term of the Court
of Common Pleas for the city and county of New York,
entered upon an order made November 12, 1889, which
affirmed a judgment in favor of plaintiff, entered upon a
decision of the court on trial at Special Term.

*Brainard Tolles* for appellants.

*Charles Gibson Bennett* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM B. RICE, Appellant, *v.* ATMORE L. BAGGOT,
Respondent.

(Submitted October 12, 1891 ; decided October 27, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court, in the first judicial department, entered upon an order
made the first Monday of January, 1889, which affirmed a
judgment in favor of defendant, entered upon a decision of
the court on trial at Special Term.

*George S. Hastings* for appellant.

*Moses Goodman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.